MARY W. JENNINGS, Respondent, *v.* SUPREME COUNCIL OF THE LOYAL ADDITIONAL BENEFIT ASSOCIATION, Appellant.

*Jennings* v. *Supreme Council L. A. B. Assn.*, 108 App. Div. 366, affirmed.
(Argued October 22, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the amount of an insurance benefit certificate.

*Uriah W. Tompkins* for appellant.

*Charles M. Demond* and *Walter S. Logan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.